### WILLIAM P. JORDAN v. CHARLIE MAE JORDAN

13 So. (2nd) 817                                          January Term, 1943
June 4, 1943                                              Division B

*W. H. Wolfe* and *J. E. Satterfield,* for appellant.

*Polhill & Simmons,* for appellee.

PER CURIAM:

This cause being here on appeal, the decree appealed from is affirmed.

It is so ordered.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.